IN RE KASIM

No. 473P82.

Case below: 58 N.C. App. 36.

Petition by Mary Kay Yorio Kasim for discretionary review under G.S. 7A-31 denied 21 September 1982.

IN RE McELWEE

No. 461P82.

Case below: 51 N.C. App. 163.

Petition by Taxpayers for discretionary review under G.S. 7A-31 denied 21 September 1982.

JAMES v. JAMES

No. 501P82.

Case below: 58 N.C. App. 371.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 October 1982.

MARTIN v. MARS MFG. CO.

No. 531P82.

Case below: 58 N.C. App. 577.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 October 1982.

McCOLLUM v. GROVE MFG. CO.

No. 505PA82.

Case below: 58 N.C. App. 283.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 October 1982.